UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JOHNSON,

      Plaintiff,

Case No. 1:10-CV-978

v.

Hon. Gordon J. Quist

RICK SHARP, et al.,

      Defendants.
      _____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket no. 65). The Report and Recommendation was duly served on Plaintiff on July 31, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Grambau's Motion For Summary Judgment (docket no. 49) is **GRANTED**. Plaintiff's claims against Defendant Grambau are **dismissed without prejudice** for failure to exhaust administrative remedies.

Dated: August 24, 2012

      /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE