UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOSEPH JOHNSON,

    Plaintiff,

v.                                                   Case No. 1:10-CV-978

RICK SHARP, et al.,                     HON. GORDON J. QUIST

    Defendants.
_____/

## **JUDGMENT**

Judgment is hereby entered in favor of Defendants and against Plaintiff.


Dated: March 27, 2013                                      /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE